RECEIVED
IN LAKE CHARLES, LA

DEC 0 7 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:08 CR 00016-001 |
| VS. | : | JUDGE MINALDI |
| WLADYSLAW KOCIOLEK | : | MAGISTRATE JUDGE KAY |

## ORDER

IT IS ORDERED that the defendant's Motion for a Transcript [doc. 51] **IS DENIED**. The defendant is out of time for a direct appeal. He has been denied court-appointed counsel for the appeal and his motion to proceed *in forma pauperis* has also been denied.

Since the defendant has no right to file a direct appeal at this stage in the proceedings, the court can only assume that this transcript is being requested in an effort to file a §2255 motion. An indigent defendant has no constitutional right to acquire a free copy of his transcript or other court records for use in a collateral proceeding. *See United States v. Peralta-Ramirez*, 266 Fed.App'x. 360 (5th Cir. 2008); *United States v. MacCollom*, 426 U.S. 317, 325-26 (1976). If the defendant desires to file §2255 motion, he may request the required forms from the court reporter and pay for the transcript.

Lake Charles, Louisiana, this 30 day of November, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE